1006

[No. 33985-8-III.   Division Three.   December 8, 2016.]

MICA CRAIG, *Appellant*, v. WAL-MART STORES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 13-2-00182-4, Scott D. Gallina, J., entered December 14, 2015. *Reversed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J.; Korsmo, J., dissenting.

[No. 73130-1-I.   Division One.   December 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EVAN JOHN WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02247-1, George F.B. Appel, J., entered February 13, 2015. *Reversed* and *remanded* by unpublished opinion per Trickey, A.C.J., concurred in by Schindler and Spearman, JJ.

[No. 73643-4-I.   Division One.   December 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JAMES EIMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-02458-2, James D. Cayce, J., entered May 5, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Trickey, JJ.